JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUIE A. FIGG, as Trustee of The Paulina 733 Revocable Living Trust,<br><br>  Plaintiff,<br><br>v.<br><br>CITY OF REDONDO BEACH, et al.,<br><br>  Defendants. | Case No. ED CV 14-2025 FMO (Ex)<br><br>**JUDGMENT** |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 28th day of January, 2015.

/s/
Fernando M. Olguin
United States District Judge
